UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-177-MOC-WCM

| | |
|---|---|
| DAVID LEE WALDROP, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ATF LICENSING CENTER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to pay the filing fee or submit a complete in forma pauperis application within the deadline set by this Court's Order dated July 21, 2023, and following Plaintiff's failure to comply with the Court's show cause Order entered on November 21, 2023, in which the Court stated:

**The Court hereby orders Plaintiff, within 30 days of entry of this Order, to either pay the filing fee or file a new IFP application in long form as ordered by the Court. If Plaintiff fails to take any action, this lawsuit will be dismissed without prejudice and without further notice to Plaintiff**.

More than thirty days has passed since the Court entered its Order dated November 21, 2023, and Plaintiff has still not paid the filing fee, nor has he submitted an in forma pauperis application as instructed by the Court. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Signed: January 17, 2024

Max O. Cogburn Jr.
United States District Judge