# United States District Court
# Western District of North Carolina
# Asheville Division

|  |  |  |
|---|---|---|
| David Lee Waldrop, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 1:23-cv-00177-MOC-WCM |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| ATF, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2024 Order.

January 18, 2024

Katherine Hord Simon, Clerk
United States District Court